# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID M. JAA,

    Appellant,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 3:11-CV-00323-RCJ-(RAM)

**ORDER**

    Appellant has submitted a notice of appeal of supreme court decision with motion for <u>forma pauperis</u> and assignment of counsel (#1). This document has multiple defects. First, appellant's application to proceed <u>in forma pauperis</u> exists in name only. Appellant has not provided any of the information required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Second, this court does not have appellate jurisdiction over the Nevada Supreme Court. Appellant's sole federal remedy from a judgment of conviction of a state court is a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Under the circumstances, the court will dismiss this action and send the correct forms to appellant. Petitioner may then commence a new action in this court with a complete application to proceed <u>in forma pauperis</u> and petition for a writ of habeas corpus.

---

[1] A letter from the law office representing petitioner used the term "Federal Appeal." This might be the source of appellant's confusion.

IT IS THEREFORE ORDERED that the clerk of the court shall send appellant a form application to proceed in forma pauperis and a form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to appellant commencing a new action in which he submits a complete application to proceed in forma pauperis and a complete petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The clerk of the court shall enter judgment accordingly.

Dated: This 17th day of June, 2011.

_____
ROBERT C. JONES
Chief United States District Judge